Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795

Attorney for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. CV 10-3034 WBS GGH |
| Plaintiff, | ORDER |
| vs. | |
| ALEJANDRA ARIAS BRAVO, et al., | |
| Defendants. | |

**ORDER**

The above-entitled action is hereby stayed pending the bankruptcy of defendants Alejandra Arias Bravo and Jose Rafael Murillo Cazares, individually and d/b/a El Portal Cafe a/k/a Cenaduria El Portal.   The Scheduling Conference currently set for April 18, 2011 is VACATED.

**IT IS SO ORDERED:**

Dated:  April 5, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Page 1

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 4, 2011, I served:

**ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Craig N. Lundgren, Esquire
424 2nd Street, Suite A
Davis, CA 95616

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 4, 2011 at South Pasadena, California.

Dated: April 4, 2011                    */s/ Maria Baird*
                                        MARIA BAIRD