UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | NO. CIV. 2:10-3034 WBS GGH |
| Plaintiff, | <u>ORDER REMOVING CASE FROM ACTIVE CASELOAD UPON AUTOMATIC STAY OF ACTION</u> |
| v. | |
| ALEJANDRA ARIAS BRAVO, doing business as El Portal Cafe, also known as cenaduria El Portal, et al., | |
| Defendants. | |

----oo0oo----

Pursuant to the Notice of Filing Bankruptcy as to defendants Alejandra Arias Bravo and Jose Rafael Murillo Cazares filed April 4, 2011 (Docket No. 7), and this Court's Order filed April 6, 2011 vacating all pending dates pursuant to said Notice (Docket No. 8), this action has been stayed.  The Clerk of Court is, therefore, instructed to administratively close this case, to be reopened upon the parties' notification to the Court of the termination of the bankruptcy action or relief from the automatic stay and order of this court.

///

///

1

DATED:  October 13, 2011

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE